IN THE SUPREME COURT OF THE STATE OF DELAWARE

M. SCOTT HARRIS, M.D., and § 
MIDDLEBURG CONSULTANTS, § No. 459, 2019
INC., §
 §
    Plaintiffs Below, § Court Below: Superior Court
    Appellants, § of the State of Delaware
 §
    v. § C.A. No. N19C-01-055 (N)
 §
INNOVATE BIOPHARMACEUTI- §
CALS, INC., a Delaware Corporation, §
 §
    Defendant Below, §
    Appellee. §
 §

Submitted: April 29, 2020
Decided: May 5, 2020

Before **VAUGHN**, **TRAYNOR,** and **MONTGOMERY-REEVES**, Justices.

# O R D E R

This 5th day of May 2020, the Court having considered this matter on the briefs filed by the parties has determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its order dated October 15, 2019.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

/s/ James T. Vaughn, Jr.
Justice